**McELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**
570 Broad Street, 15th Floor
Newark, NJ  07102
Attorneys for Plaintiff,
Principal Life Insurance Company

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>           v.<br><br>JOEL REISMAN,<br><br>                              Defendant. | Civil Action No.: 24-cv-9110 (JGLC)<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, counsel for

Plaintiff Principal Life Insurance Company, hereby gives notice that the above-captioned action

is voluntarily dismissed without prejudice against Defendant Joel Reisman.

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attorneys for Plaintiff, Principal Life Insurance
    Company

By:_____
          Colleen M. Duffy

Dated:  January 13, 2025

5073606